THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00288-MR-DLH

| | | |
|---|---|---|
| **MONUMENTAL LIFE INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **O R D E R** |
| **MICHAEL H. McCRAW; BILL COOPER SELLERS, JR., Individually and as Co-Administrator of the Estate of Theresa Marie Hartley McCraw; and JACK NELSON HOPPES, JR., Individually and as Co-Administrator of the Estate of Theresa Marie Hartley McCraw,** | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's Renewed Motion for Discharge from Further Liability, Permanent Injunction, and Dismissal with Prejudice [Doc. 21]. The Plaintiff represents that the Defendants consent to the Plaintiff's Motion.

For good cause shown, and in light of the consent of the Defendants, the Court finds that the Plaintiff, as a disinterested stakeholder, has fulfilled

its obligations concerning the accidental death insurance benefits at issue in this case by depositing the sum of $12,500 into the Court's registry.

Accordingly, **IT IS, THEREFORE, ORDERED** as follows:

1. The Defendants in interpleader Michael H. McCraw, Bill Cooper Sellers, Jr., and Jack Nelson Hoppes, Jr., are hereby **PERMANENTLY ENJOINED AND RESTRAINED** from instituting or prosecuting any action or proceeding against the Plaintiff in any state or United States court for the accidental death insurance benefits payable as a consequence of the death of Theresa Marie Hartley McCraw under Certificate Number 0005959090, except by way of interpleader in this action;

2. The Plaintiff is hereby **DISCHARGED** from any and all further liability related to the accidental death insurance benefits at issue in this case; and

3. The Plaintiff is hereby **DISMISSED WITH PREJUDICE** from this case.

**IT IS SO ORDERED**.   Signed: June 8, 2013

Martin Reidinger
United States District Judge