IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:12-cv-00288-MR-DLH

| | |
|---|---|
| **MONUMENTAL LIFE INSURANCE COMPANY,** ) ) ) Plaintiff, ) ) vs. ) ) **MICHAEL H. McCRAW; BILL COOPER SELLERS, JR., Individually and as Co-Administrator of the Estate of Theresa Marie Hartley McCraw; and JACK NELSON HOPPES, JR., Individually and as Co-Administrator of the Estate of Theresa Marie Hartley McCraw,** ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Cross-Claim of Defendants Jack Nelson Hoppes, Jr., and Bill Cooper Sellers, Jr. [Doc. 25] and the Defendants' Agreed Motion for the Distribution of Funds [Doc. 26].

For good cause shown, and in light of the consent of all of the Defendants,

**IT IS, THEREFORE, ORDERED** that the Defendants' Agreed Motion for the Distribution of Funds [Doc. 26] is **GRANTED**, and judgment shall be

entered in favor of Defendants Jack Nelson Hoppes, Jr. and Bill Cooper Sellers, Jr. on their Cross-Claim against Defendant Michael H. McCraw.

**IT IS FURTHER ORDERED** that the funds deposited with the Clerk from the Plaintiff shall be distributed to attorney Thomas Brandon James, King Law Offices, PLLC, for the benefit of the Estate of Theresa Marie Hartley McCraw, at the following address: 215 N. Main Street, Rutherfordton, North Carolina 28139.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

A Judgment shall be entered in accordance with this Order simultaneously herewith.

**IT IS SO ORDERED.** Signed: September 3, 2013

Martin Reidinger
United States District Judge