# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL NO. 1:12-cv-00288-MR-DLH

| | | |
|---|---|---|
| MONUMENTAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| MICHAEL H. McCRAW; BILL COOPER SELLERS, JR., Individually and as Co-Administrator of the Estate of Theresa Marie Hartley McCraw; and JACK NELSON HOPPES, JR., Individually and as Co-Administrator of the Estate of Theresa Marie Hartley McCraw, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

For the reasons stated in the Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' Agreed Motion for the Distribution of Funds [Doc. 26] is **GRANTED**, and judgment is hereby entered in favor of Defendants Jack Nelson Hoppes, Jr. and Bill Cooper Sellers, Jr. on their Cross-Claim against Defendant Michael H. McCraw.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the funds deposited with the Clerk from the Plaintiff shall be distributed to attorney Thomas Brandon James, King Law Offices, PLLC, for the benefit of the Estate of Theresa Marie Hartley McCraw, at the following address: 215 N. Main Street, Rutherfordton, North Carolina 28139.

Signed: September 3, 2013

Martin Reidinger
United States District Judge